## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**KIP LAZARD (#87626)**

**VERSUS**

**ELMHS, ET AL.**

**CIVIL ACTION**

**NO. 23-794-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 20, 2024 (Doc. 8), to which an objection (Doc. 9) considered;

**IT IS ORDERED** that all claims are **DISMISSED, WITH PREJUDICE** as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.[1]

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 4, 2024.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Since the Report and Recommendation is adopted, the ruling will count as a strike.